United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Marc Stolowitz, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-20234-Civ-Scola |
| | ) |
| Nuance Communications, Inc., | ) |
| Defendant. | ) |

## Judgment

The Court has dismissed this case. (Order, ECF No. 26.) The Court now enters judgment in favor of the Defendant and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on June 27, 2022.

Robert N. Scola, Jr.
United States District Judge